# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 06-cr-00427-EWN |
| THOMAS DOBBS | Scott Varholak (defendant's attorney) |

**THE DEFENDANT:** Pleaded guilty to count 8 of the Indictment.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC section 641 | EMBEZZLEMENT OF UNITED STATES PROPERTY | 11/7/01 TO 11/8/02 | 8 |

Defendant to complete a term of supervised probation: 12 months.

Defendant to continue with restitution payments as established by the Social Security Administration.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $25.00 | None |

11/17/06
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

11/21/06
Date